**United States District Court**
For the Northern District of California

1
2
3                   UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6
7   GABRIEL RALPH REYES,
8                   Plaintiff,                No. C 07-3931 PJH (PR)
9       vs.                                   **ORDER GRANTING LEAVE
                                              TO PROCEED IN FORMA
10  ROBERT HOREL, Warden; N.                  PAUPERIS**
    GRANNIS; J. BURLESON; M. D.
11  CASTELLAW; D. T. HAWKES; K.
    McGUYER; W. ANTHONY; J. BEESON;
12  D. BARNEBURG; and JOHN DOES 1-5,
13                   Defendants.
                    _____/
14
15          Plaintiff's application for permission to proceed in forma pauperis (document number

16  2 on the docket) is **GRANTED**.  The total filing fee that ultimately will be due is $350.00.  In

17  view of plaintiff's income and account balance, he shall pay a partial initial filing fee of

18  $51.54 within thirty days of the date this order is entered.  If he does not pay either the

19  partial initial filing fee or the full fee within the time allowed, the case will be dismissed

20  without prejudice.

21          Funds for the remainder of the filing fee will be taken from income to plaintiff's

22  account in accordance with 28 U.S.C. § 1915(B)(1).  A copy of this order and the attached

23  instructions will be sent to the plaintiff, the prison trust account office, and the court's

24  financial office.

25          **IT IS SO ORDERED.**

26  Dated: February 17, 2009.        _____
                                     PHYLLIS J. HAMILTON
27                                   United States District Judge

28  G:\PRO-SE\PJH\CR.07\REYES3931.IFP.wpd

1

2

3

4

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

5

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

6

7   The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in
forma pauperis</u> in this court and owes to the court a filing fee.  Pursuant to 28 U.S.C. § 1915, the fee

8   is to be paid as follows:

9       The initial partial filing fee listed on the attached order should be deducted by the prison trust
        account office from the prisoner's trust account and forwarded to the clerk of the court as the

10      first installment payment on the filing fee.  This amount is twenty percent of the greater of
        (a) the average monthly deposits to the prisoner's account for the 6-month period

11      immediately preceding the filing of the complaint/petition or (b) the average monthly balance
        in the prisoner's account for the 6-month period immediately preceding the filing of the

12      complaint/petition.

13      Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the
        prisoner's trust account should be deducted and forwarded to the court each time the amount

14      in the account exceeds ten dollars ($10.00).  The prison trust account office should continue
        to do this until the filing fee has been paid in full.

15

16  If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee,
    the prison trust account office should forward the available funds, and carry the balance forward

17  each month until the amount is fully paid.

18  If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case.
    The trust account office should make the monthly calculations and payments for each case in which

19  it receives an order granting <u>in forma pauperis</u> and these instructions.

20  **The prisoner's name and case number must be noted on each remittance.**  The initial partial
    filing fee is due within thirty days of the date of the attached order.  Checks should be made payable

21  to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450
    Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

22  cc:     Plaintiff/Petitioner
            Finance Office

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2