IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GABRIEL RALPH REYES,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN ROBERT HOREL, Warden; N. GRANNIS; J. BURLESON; M. D. CASTELLAW; D.T. HAWKES; K. McGUYER; W. ANTHONY; J. BEESON; D. BARNEBURT; and JOHN DOES 1-5 ,<br><br>Defendants. | Case No. C 07-3931 PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION |

Defendants R. Horel, J. Burleson, D. Barneburg, W. Anthony, and K. McGuyer filed a request for extension of time of sixty (60) days, up to and including November 1, 2010, in which to file a motion for summary judgment or other dispositive motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, IT IS ORDERED that Defendants' request for an extension of time is GRANTED, and that the time to file a motion for summary judgment or other dispositive motion is extended for sixty (60) days, up to and including November 1, 2010. Plaintiff's opposition to the dispositive motion, if any, shall be

1

[Proposed] Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 07-3931 PJH)

1  filed with the Court and served upon Defendants no later than thirty (30) days from the date the
2  motion was served upon him.  If Defendants wish to file a reply brief, they shall do so no later
3  than fifteen days after the opposition is filed by the clerk.

6  Dated:  9/7/10

The Honorable _____ J. Hamilton

*IT IS SO ORDERED*
*[signature]*
*Judge Phyllis J. Hamilton*

2

[Proposed] Order Granting Defs.' Mot. to Change Time to File Dispositive Mot. (C 07-3931 PJH)