1   IVOR E. SAMSON (State Bar No. 52767)
    KURT T. PUTNAM (State Bar No. 224416)
2   L. JUDIEE TRAN (State Bar No. 252218)
    SARA DUTSCHKE SETSHWAELO (State Bar No. 244848)
3   SNR DENTON US LLP
    525 Market Street, 26th Floor
4   San Francisco, CA 94105-2708
    Telephone: (415) 882-5000
5   Facsimile: (415) 882-0300
    Attorneys for Plaintiff
6   *Gabriel R. Reyes*

7

8   KAMALA D. HARRIS
    Attorney General of California
9   JAY C. RUSSELL
    Supervising Deputy Attorney General
    MARISA Y. KIRSCHENBAUER
10  Deputy Attorney General
    State Bar No. 226729
11    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
12  Telephone: (415) 703-1380
    Fax: (415) 703-5843
13  E-mail: Marisa.Kirschenbauer@doj.ca.gov
    *Attorneys for Defendants R. Horel, J. Burleson, D.*
14  *Barneburg, W. Anthony, K. McGuyer, J. Beeson,*
    *D.T. Hawkes, N. Grannis, R. Floto, and M.D.*
15  *Castellaw*

16              IN THE UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                        OAKLAND DIVISION

19

20   | | |
     |---|---|
     | **GABRIEL RALPH REYES,** | C 07-3931 PJH |
     | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE** |
     | v. | |
     | **R. HOREL, Warden; N. GRANNIS; J. BURLESON; M. D. CASTELLAW; D.T. HAWKES; K. McGUYER; W. ANTHONY; J. BEESON; D. BARNEBURG; and JOHN DOES 1-5 ,** | Judge:       The Honorable Phyllis J. Hamilton<br>Action Filed: July 31, 2007 |
     | Defendants. | |

1

1    Plaintiff Gabriel Ralph Reyes and Defendants R. Horel, J. Burleson, D. Barneburg, W.

2 Anthony, K. McGuyer, J. Beeson, D.T. Hawkes, N. Grannis, R. Floto, and M.D. Castellaw

3 stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure

4 41(a)(1)(A)(ii).  This stipulation includes a dismissal of any claims against any past and unknown

5 Defendants in this action.  Each side shall bear its own attorneys' fees and costs as outlined in the

6 Settlement Agreement.  The filing of this stipulation automatically terminates this action.

7

8    IT IS SO STIPULATED.

9

10   DATED:  May 29, 2012

    L. Judie Tran, Esq.
11   Attorney for Plaintiff *Gabriel Ralph Reyes*

12

13   DATED: May 29, 2012

    Marisa Y. Kirschenbauer, Esq.
14   Deputy Attorney General
    Attorney for Defendants
15   *R. Horel, J. Burleson, D.  Barneburg, W.*
    *Anthony, K.  McGuyer, J. Beeson, D.T.*
16   *Hawkes, N. Grannis, R. Floto, and M.D.*
    *Castellaw*
17

18

19   In accordance with the parties' stipulation, it is so ordered.

20

21   5/31/12

    Date

22   The Honorable Phyllis J. Hamilton
    United States District Judge

23

24   SF2010201856
    20613912.doc
25

26

27

28
                                   2
                  Stip. And [Proposed] Order Voluntary Dismissal With Prej. (C 07-3931 PJH)